

# Fourth Court of Appeals
## §San Antonio, Texas

## JUDGMENT

No. 04-23-00824-CV

**VICTORY CAPITAL MANAGEMENT, INC.**,
Appellant

v.

Julianne **BASS**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2023-CI-01737
Honorable Mary Lou Alvarez, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's August 11, 2023 order granting appellee Julianne Bass's motion to lift stay and reinstate the lawsuit is REVERSED. The cause is REMANDED, and the trial court is ORDERED to vacate its August 11, 2023 order and STAY the cause pending binding arbitration pursuant to the parties' arbitration agreement. Costs of appeal are taxed against appellee Julianne Bass.

SIGNED May 21, 2025.

_____
Irene Rios, Justice